| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Darla R. Frenny, §
　　　　　Plaintiff, §
versus § Miscellaneous H-13-3002
H & R Block Inc., et al., §
　　　　　Defendants. §

## Order Granting Pauper and Dismissing Case

1. Darla R. Frenny may proceed as a pauper.

2. The clerk will directly assign her case to Judge Lynn N. Hughes.

3. Frenny's claims against H & R Block Inc., Carmen Gayton, Kimberly Booster, and Brenda Brown are dismissed with prejudice. According to the charge of discrimination that Frenny prepared with the help of the Commission, the last time she was discriminated against was April 11, 2011 – 307 days before she first told the Commission of her claim on February 22, 2012. Her claims are untimely.

Signed on April 29, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge